IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,　　　　　　　　　　　　CIV-S-06-2460 LKK GGH PS

    vs.

MONICA ALFARO,

    Defendant.　　　　　　　　　　　　<u>ORDER</u>

_____/

        On December 5, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed December 5, 2006, are ADOPTED;

2. Plaintiff's application to proceed in forma pauperis, filed November 6, 2006, is DENIED with prejudice;

3. Plaintiff's complaint, filed November 6, 2006, is DISMISSED with prejudice.

DATED:   January 25, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT